ORDERED.

**Dated: January 12, 2026**

Jacob A. Brown
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Surge Transportation, Inc., Debtor    Case No. 3:23−bk−01712−JAB
                                      Chapter 11

_____/

Surge Transportation, Inc., Plaintiff    Adv. Pro. No. 3:25−ap−00017−JAB

vs.

BluJay Solutions, Inc. and
E2Open, Defendants

_____/

### ORDER SCHEDULING TRIAL

The Court will conduct a trial in this Adversary Proceeding June 8-11, 2026 beginning at 10:00 a.m. on June 8, 2026 and then 9:00 a.m. on the dates thereafter, in Courtroom 4C, 4th floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202, before the Honorable Jacob A. Brown, Chief United States Bankruptcy Judge (the "Trial").

Accordingly, it is **ORDERED:**

1. *Pretrial Disclosure.* Fed. R. Civ. P. 26(a)(3) governs pretrial disclosure regarding witnesses and use of depositions. Parties must file and exchange names, telephone numbers, and addresses for witnesses, and any designations of depositions at

least 28 days before Trial. Objections under Fed. R. Civ. P. 32(a) to the use of depositions must be filed within 14 days of the disclosure. Under Fed. R. Bankr. P. 7032 and Fed. R. Civ. P. 32(b), objections to the admissibility of deposition testimony are reserved for hearing or trial.

2. *Pre-Trial Status Conferences.* The Court will conduct Pre-Trial Status Conferences in this Adversary Proceeding on **March 31, 2026** at 11:30 a.m., **April 21, 2026** at 11:30 a.m., and **May 5, 2026** at 11:30 a.m. Unless otherwise ordered by the Court, remote appearances shall be permitted for the March 31, 2026 and April 21, 2026 Pre-Trial Status Conferences. All counsel and representatives of the Parties that will participate in the Trial shall appear in person for the Pre-Trial Status Conference on May 5, 2026.

3. *Joint Stipulation of Undisputed Facts.* Counsel for the Parties must meet in person or by video conference and prepare a joint stipulation of undisputed facts and exhibits that may be admitted into evidence without objection. This stipulation must be filed by **Friday, May 22, 2026**.

4. *Exhibits.* Parties must comply with all requirements of Local Rules 7001−1 and 9070−1 concerning exhibits. Parties must exchange exhibits no later than **Friday, May 15, 2026**.

   (a) *Objections to Authenticity.* Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

   (b) *Self−Authentication.* If a party intends to rely upon the self−authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party must file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

5. *Expert Testimony.* The Parties must comply with the disclosure requirements of Fed. R. Civ. P. 26(a)(2) by no later than **Friday, March 20, 2026**.

6. *Discovery Cutoff.* The Parties must complete discovery by **Friday, May 1, 2026**.

7. *Discovery Disputes.* The Parties must first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

8. *Meet and Confer Requirement.* Counsel for the Parties and authorized representatives for the Parties shall meet and confer in person or remotely by Zoom Conference for a period of no less than 3 hours before **Friday, May 22, 2026,** and seek in good faith to settle this Adversary Proceeding. By **Friday, March 6, 2026**, counsel for Defendants shall advise counsel for Plaintiffs by electronic mail of at least 5 dates and times

during regular business hours upon which counsel for Defendants and Defendants' authorized representative(s) are available between **Monday, March 23, 2026,** and **Thursday, May 21, 2026** for this meet and confer conference. Counsel for Plaintiff shall: (i) coordinate the scheduling of this meet and confer conference with counsel for Defendants by no later than **Friday, March 20, 2026**, (ii) file a notice in this Adversary Proceeding with the date, time, and names of those to participate in this meet and confer conference, and (iii) within 2 business days of its conclusion, file a notice of the outcome of this meet and confer conference. The Parties are also encouraged to continue efforts to mediate and seek resolution of the issues presented in this Adversary Proceeding.

9. *Pre-Trial Brief Deadlines.* The Parties shall file pre-trial briefs that do not exceed 10 pages in length that identify key positions, material facts, and legal authority relied upon to support their respective positions by no later than **Friday, May 22, 2026**. These pre-trial briefs shall also include a detailed breakdown of the Parties' positions on and the amount of damages, if any, that should be awarded under the claims raised in this Adversary Proceeding

10. *Appearance at Trial in person.* Unless excused by Order of the Court upon filing a motion showing good cause filed within 14 days of the date of entry of this Order, all parties, including representative(s) for the Parties, witnesses, and their counsel, shall appear in person for the Trial.

<u>Avoid delays at Courthouse security checkpoints.</u> You must show a photo I.D. to enter the Courthouse. Except in the Orlando Courthouse, you may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. *See* Rule 7.02 of the Local Rules of the United States District Court for the Middle District of Florida and Rule 5073-1 of this Court's Local Rules.

The Clerk's office is directed to serve a copy of this Order on interested parties via CM/ECF.